UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Case Name: JAMES JUNIOR BOYLES          Case Number 05-04160

RUTH MAE BOYLES                         Chapter 7

## TRUSTEE FUNDS SUBMISSION FORM

____ Attached is a check in the amount of $_____ for deferred filing fees or other court costs as listed below:

Adversary Case No. _____    $_____
Adversary Case No. _____    $_____
Other: _____                $_____

____ Attached is a check in the amount of $_____ for claims under $5.00, to be treated as unclaimed funds pursuant to Bankruptcy Rule 3010(a). Such check consists of funds due to the claimant(s) listed below.

X    Attached is a check which reflects unclaimed funds in the amount of $9,891.07, due to returned checks and for checks not presented for payment within 90 days, etc. Such check consists of funds returned from the claimant(s) listed below.

| CLAIM NUMBER | CLAIMANT (Name & address) | SSN (last 4 digits only) or FEIN (all digits) | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| 13 | UNION PLUS CREDIT CARD<br>P. O. BOX 80027<br>SALINAS CA 93912 | | $9,891.07 |
| | | | $ |
| | | | $ |
| | | | $ |

Dated: 12/16/10

/s/ Arthur M. Standish
Trustee